DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD GARDNER, JR.,**
Appellant,

v.

**TIMES SQUARE REVOLVING TRUST,**
Appellees.

No. 4D2025-2335

[January 29, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 502021CA009132XXXXMB.

Edward Gardner, Jr., West Palm Beach, pro se.

Wendy Griffith of Bitman O'Brien, PLLC, Lake Mary, for appellee.

PER CURIAM.

*Affirmed.*

MAY, SHAW and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***